541-07/DPM/MAM
FREEHILL HOGAN & MAHAR, LLP
Attorneys for Plaintiff
RIMA SHIPPING CO. LTD.
80 Pine Street
New York, NY 10005
Telephone: (212) 425-1900 / Facsimile: (212) 425-1901
Don P. Murnane, Jr. (DM 3639)
Manuel A. Molina (MM 1017)



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
RIMA SHIPPING CO. LTD.,

               Plaintiff,

 -against-

EVERTRADE S.A.,

               Defendant.
------------------------------------------------------------x

07 CV 11133

**RULE 7.1 STATEMENT**

     Pursuant to Federal Rules of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification, or recusal, Plaintiff RIMA SHIPPING CO. LTD. (a private non-governmental party), by and through its undersigned attorneys Freehill Hogan & Mahar, LLP, certifies that it has no corporate parents, affiliates and/or subsidiaries which are publicly held.

Dated: New York, New York
       December 10, 2007

                           FREEHILL HOGAN & MAHAR, LLP
                           Attorneys for Plaintiff
                           RIMA SHIPPING CO. LTD.

         By: _____
             Don P. Murnane, Jr. (DM 3639)
             Manuel A. Molina (MM 1017)

NYDOCS1/295056.1